No. 94–7351. VIJENDIRA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7379. MEROLA *v.* BEYER ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–712. FRESSIE *v.* TRANS WORLD AIRLINES ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 94–961. DELAWARE *v.* JACKSON. Sup. Ct. Del. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–993. ILLINOIS *v.* TURNER. App. Ct. Ill., 1st Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–7222. WHITNEY *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–7750 (A–536). SMITH *v.* NORTH CAROLINA. Sup. Ct. N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.